UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DWIGHT A. CAMPBELL,

        Plaintiff,

v.

UNITED STATES
MARSHALS SERVICE, *et al.*,

        Defendants.

Case No. 26-cv-10292
Hon. Matthew F. Leitman

_____/

### ORDER (1) DENYING PLAINTIFF'S MOTION REGARDING FILING FEE (ECF No. 5) AND (2) DISMISSING COMPLAINT WITHOUT PREJUDICE FOR FAILING TO PAY FILING FEE

On January 27, 2026, Plaintiff Dwight A. Campbell filed this action against the United States Marshals Service and several others. (*See* Compl., ECF No. 1.) When he filed his Complaint, Campbell did not pay the required filing fee. Nor did he file an application to proceed *in forma pauperis*. Accordingly, on January 28, 2026, the Court issued a notice requiring Campbell to either pay the fee or file an application to proceed *in forma pauperis* by no later than February 11, 2026. (*See* Notice, ECF No. 3.) The Court further warned Campbell that "[i]f the filing fee [was] not received by the Clerk's Office or if an application to proceed *in forma pauperis* [was] not filed within fourteen calendar days […], this case may be dismissed." (*Id.*, PageID.7.)

1

As of the date of this order, Campbell has neither paid the filing fee nor filed an application to proceed *in forma pauperis*.  Instead, on February 13, 2026, Campbell filed a motion with the Court that he titled "Plaintiff's Motion Regarding Filing Fee." (Mot., ECF No. 5.)  The motion does not appear to contain any legal argument or legal authority that could excuse Campbell from paying the required filing fee. Instead, the motion largely asserts, in conclusory fashion, that Campbell's claims against the Defendants are viable.  Thus, because Campbell has not paid the required filing fee or filed an application to proceed *in forma pauperis* as directed, his pending motion is **DENIED** and the Court **DISMISSES** his Complaint **WITHOUT PREJUDICE**.

      **IT IS SO ORDERED**.

                          s/Matthew F. Leitman
                          MATTHEW F. LEITMAN
                          UNITED STATES DISTRICT JUDGE

Dated:  April 22, 2026

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on April 22, 2026, by electronic means and/or ordinary mail.

                          s/Holly A. Ryan
                          Case Manager
                          (313) 234-5126